IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:17-CR-0006-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| DETERRI OBRIAN LUCAS, | |
| Defendant. | |

This matter comes before the court on Defendant's *pro se* motion to dismiss his conviction under 18 U.S.C. § 922(g)(1). DE 89. Defendant filed the instant motion on October 21, 2024. *Id.* The United States filed a memorandum in opposition on November 6, 2024. DE 91. Almost six months later, on April 28, 2025, the court notified Defendant that it intended to construe the instant motion as a motion under 28 U.S.C. § 2255, ordered Defendant to respond within thirty days, and warned Defendant that if he did not respond, the court would deny the motion. DE 93 at 2. Defendant has not responded as ordered; accordingly, Defendant's motion to dismiss, DE 89, is DENIED.

SO ORDERED this 2 day of September, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE